RCC

FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IDEX Corp., Eastern Plastics, Inc., Pulsafeeder, Inc., and Felice DiMascio,** | § § § | **08 C 1114** |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. _____ |
| **Dripping Wet Water, Inc., Allison H. Sampson, and Richard L. Sampson,** | § § § § | JUDGE SHADUR<br>MAGISTRATE JUDGE SCHENKIER |
| Defendants, | § | |

### CORPORATE DISCLOSURE STATEMENT OF IDEX CORP.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Plaintiff IDEX Corp. makes the following disclosure statements:

**I.     PARENT CORPORATIONS**

IDEX Corp. has no parent corporation.

**II.    PUBLICLY HELD COMPANIES OWNING 5% or MORE OF ITS STOCK**

As of February 22, 2008, no publicly held corporation owns 5% or more of IDEX Corp.'s stock..

Dated : February 22, 2008                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ David K. Callahan
　　　　　　　　　　　　　　　　　　　　　　　　　　　David K. Callahan, P.C.  (6206671)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Marcus E. Sernel  (6243853)
　　　　　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　200 East Randolph Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 861-2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 861-2200

　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS