FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IDEX Corp., Eastern Plastics, Inc., Pulsafeeder, Inc., and Felice DiMascio, | § § § | **08 C 1114** |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. _____ |
| Dripping Wet Water, Inc., Allison H. Sampson, and Richard L. Sampson, | § § § § | **JUDGE SHADUR** **MAGISTRATE JUDGE SCHENKIER** |
| Defendants, | § § | |

### CORPORATE DISCLOSURE STATEMENT OF EASTERN PLASTICS INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Plaintiff Eastern Plastics, Inc. makes the following disclosure statements:

**I.      PARENT CORPORATIONS**

Eastern Plastics Inc. is a wholly owned subsidiary of IDEX Corporation.

**II.     PUBLICLY HELD COMPANIES OWNING 5% or MORE OF ITS STOCK**

As of February 22, 2008, no publicly held corporation owns 5% or more of Eastern Plastics Inc.

Dated : February 22, 2008                                    Respectfully submitted,

                                                             /s/ David K. Callahan_____
                                                             David K. Callahan, P.C. (6206671)
                                                             Marcus E. Sernel (6243853)
                                                             KIRKLAND & ELLIS LLP
                                                             200 East Randolph Drive
                                                             Chicago, Illinois 60601
                                                             Telephone:  (312) 861-2000
                                                             Facsimile:  (312) 861-2200

                                                             ATTORNEYS FOR PLAINTIFFS