AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

IDEX Corp., Eastern Plastics, Inc., Pulsafeeder, Inc., and Felice DiMascio

V.

Dripping Wet Water, Inc., Allison H. Sampson and Richard L. Sampson

CASE NUMBER: **08 C 1114**

ASSIGNED JUDGE: **JUDGE SHADUR**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Richard L. Sampson
29520 Red Bud Hill
Fair Oaks Ranch, Texas 78015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David K. Callahan
Marcus E. Sernel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 22, 2008
Date

HPS 1986

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE / TIME 2/26/8   8 pm |
| NAME OF SERVER (PRINT) Billy Wells | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 29520 Red Bud Hill
Fair Oaks Ranch, Tx. 78015

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/26/8
Signature of Server: Billy Wells SC1684

HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
1669 Jefferson
Kansas City, MO 64108

Non-Peace Officer Verification
Verification of return (if not served by peace officer)
sworn to this 27 day of FEB 20 08,
By: Billy Wells          Server
Jan Wells
Notary Public, State of Texas

JAN WELLS
MY COMMISSION EXPIRES
October 2, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08C1114

Plaintiff/Petitioner:
**IDEX CORP., et al.**
vs.
Defendant/Respondent:
**DRIPPING WET WATER, INC., et al.**

For: Caroline P. Lippert
KIRKLAND & ELLIS, LLP

Received by Hatfield Process Service on the **25th day of February, 2008** at **9:50 am** to be served on **Richard L. Sampson, 29520 Red Bud Hill, Fair Oaks Ranch, TX 78015.** I, _Billy Wells_, do hereby affirm that on the _26_ day of _Feb_, 20_08_ at _8:00_ _p.m._, executed service by delivering a true copy of the Summons in a Civil Case and Complaint for Declaratory Judgment with Exhibits A - C and Order for Status Hearing in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to
_____, as _____, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES _____ BRANCH   ( ) NO

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Non-Peace Officer Verification

Verification of return (if not served by peace officer) sworn to this _27_ day of _FEB_ 20_08_.
By: _Billy Wells_  Server
_Jan Wells_
Notary Public, State of Texas


JAN WELLS
MY COMMISSION EXPIRES
October 2, 2011

_Billy Wells_
PROCESS SERVER # _SC1684_
Appointed in accordance
with State Statutes

**Hatfield Process Service**
Www.Hatfieldprocess.Com
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800
Our Job Serial Number: 2008001986

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1b