### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08 C 1114 |
|---|---|

IDEX Corp., Eastern Plastics, Inc.,
Pulsafeeder, Inc., and Felice DiMascio, Plaintiffs

v.

Dripping Wet Water, Inc., Allison H. Sampson, and
Richard L. Sampson, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dripping Wet Water, Inc., Defendant
Allison H. Sampson, Defendant
Richard L. Sampson, Defendant

All Defendants

| NAME (Type or print) |
|---|
| Leon I. Edelson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ LIE |

| FIRM |
|---|
| Edelson IP Law Group, Ltd. |

| STREET ADDRESS |
|---|
| 2275 Half Day Road, Suite 122 |

| CITY/STATE/ZIP |
|---|
| Bannockburn, IL 60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198669 | 847-374-9797 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐