IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IDEX Corp., Eastern Plastics, Inc., Pulsafeeder, Inc., and Felice DiMascio,** § § § **Case No. 1:08-cv-1114** | |
| Plaintiffs, Counter-Defendants, § | |
| § **District Judge Milton I. Shadur** | |
| v. § | |
| § | |
| **Dripping Wet Water, Inc., Allison H. Sampson, and Richard L. Sampson,** § § § | |
| Defendants, Counter-Plaintiffs. § **Document Filed Electronically** | |

### APPENDIX TO PLAINTIFFS' BRIEF ON CLAIM PRECLUSION

Pursuant to Local Rule 5.2(c), Plaintiffs submit this Appendix to Plaintiffs' Brief on Claim Preclusion, which contains the following supporting documents:

| | |
|---|---|
| Exhibit A: | Courtesy copy of Defendants' Answer, Affirmative Defenses, and Counterclaim, *IDEX Corp., et al. v. Dripping Wet Water, Inc., et al.*, Case No. 1:08-cv-1114 (N.D. Ill.) |
| Exhibit B: | Plaintiffs' Amended Complaint, *Dripping Wet Water, Inc., et al. v. IDEX Corp., et al.*, Case No. 5:07-cv-531 (W.D. Tex.) (Dkt. No. 3) |
| Exhibit C: | Order, *Dripping Wet Water, Inc., et al. v. IDEX Corp., et al.*, Case No. 5:07-cv-531 (W.D. Tex.) (Dkt. No. 40) |
| Exhibit D: | Counterclaim, *Halox Techs., Inc. v. Dripping Wet Water, Inc. et al.*, Case No. 3:03-cv-1008 (D. Conn.) (Dkt. No. 59) |
| Exhibit E: | Settlement agreement between the parties in *Halox Techs., Inc. v. Dripping Wet Water, Inc. et al.*, Case No. 3:03-cv-1008 (D. Conn.) |
| Exhibit F: | Stipulation of Dismissal, *Halox Techs., Inc. v. Dripping Wet Water, Inc. et al.*, Case No. 3:03-cv-1008 (D. Conn.) (Dkt. No. 77) |
| Exhibit G: | Chart comparing Connecticut litigation with present litigation |
| Exhibit H: | Certificate of Merger, Halox and Eastern Plastics |

Dated: May 27, 2008	Respectfully submitted,

/s/ Marcus E. Sernel
David K. Callahan, P.C. (6206671)
Marcus E. Sernel (6243853)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

ATTORNEYS FOR PLAINTIFFS