IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IDEX CORP., EASTERN PLASTICS, INC., PULSAFEEDER, INC., AND FELICE DIMASCIO,<br><br>　　Plaintiffs,<br>　vs.<br><br>DRIPPING WET WATER, INC., ALLISON H. SAMPSON, and RICHARD L. SAMPSON,<br><br>　　Defendants.<br><br>DRIPPING WET WATER, INC., ALLISON H. SAMPSON, and RICHARD L. SAMPSON,<br><br>　　Counterclaimants,<br>　vs.<br><br>IDEX CORP., EASTERN PLASTICS, INC., PULSAFEEDER, INC., and FELICE DIMASCIO,<br><br>　　Counterdefendants. | Case No.: 08 C 1114<br><br>Hon. Milton I. Shadur<br>Senior U.S. District Judge<br><br>JURY TRIAL DEMANDED |

CORPORATE DISCLOSURE STATEMENT
OF DRIPPING WET WATER, INC.

1    CORPORATE DISCLOSURE STATEMENT OF DRIPPING WET WATER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned counsel for Defendant Dripping Wet Water, Inc., ("DWW"), a Texas corporation , makes the following disclosure statements:

I. **PARENT CORPORATIONS**

DWW has no parent corporation.

II. **PUBLICLY HELD COMPANIES OWNING 5% OR MORE OF ITS STOCK**

As of May 28, 2008, no publicly held corporation owns 5% or more of DWW's stock.

DATED: May 28, 2008

Respectfully submitted,

Frank Frisenda
FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Blvd., Ste. 500
Los Angeles, CA  90025
Tele:  702/792-3910
Fax:   702/436-4176

LOCAL COUNSEL

Leon I. Edelson
EDELSON IP LAW GROUP, LTD.
Bannockburn Executive Plaza
2275 Half Day Road, Suite 122
Bannockburn, Illinois  60015
Tele:  847/374-9797
Fax:   847/374-9799

Attorneys for Dripping Wet Water,
Allison Sampson and Richard Sampson

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this CORPORATE DISCLOSURE STATEMENT OF DRIPPING WET WATER, INC., upon the following attorney of record and the original upon the Clerk of the Court on this 28th day of May, 2008.

David K. Callahan
dcallahan@kirkland.com
Marcus E. Sernel
msernel@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Fax: 312/861-2200

                                                                                  _____
                                                                                  Frank Frisenda