**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08C1114 |
|---|---|

IDEX Corp., Eastern Plastics, Inc., Pulsafeeder, Inc., and Felice DiMascio
v.
Dripping Wet Water, Inc., Allison H. Sampson and Richard L. Sampson

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Dripping Wet Water, Inc., Allison H. Sampson and Richard L. Sampson

| | |
|---|---|
| NAME (Type or print)<br>Frank Frisenda | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>FRISENDA, QUINTON & NICHOLSON | |
| STREET ADDRESS<br>11601 Wilshire Blvd., Suite 500 | |
| CITY/STATE/ZIP<br>Los Angeles, CA 90025 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>85580  (Admitted PHV) | TELEPHONE NUMBER<br>702/792-3910 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this ATTORNEY

APPEARANCE FORM (for Dripping Wet Water. Inc, Allison H. Sampson and Richard L.

Sampson.) upon the following attorneys of record and the original upon the Clerk of the

Court on this  29th day of May, 2008.


**David K. Callahan**
dcallahan@kirkland.com
**Marcus E. Sernel**
msernel@kirkland.com
**KIRKLAND & ELLIS LLP**
**200 East Randolph Drive**
**Chicago, Illinois 60601-6636**
**Fax:  312/861-2200**

Frank Frisenda