# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois  60601

Marcus E. Sernel
To Call Writer Directly:
(312) 861-2389
msernel@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: (312) 861-2200

June 9, 2008

The Honorable Milton I. Shadur
Senior United States District Judge
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

Re:   *IDEX Corp. et al. v. Dripping Wet Water, Inc. et al.*, No. 08-C-1114

Your Honor:

Pursuant to the Court's direction at the hearing on June 3, 2008, Plaintiffs hereby submit the enclosed Proposed Order to reflect the Court's ruling on the claim preclusion issue and Plaintiffs' declaratory judgment action.  Counsel for Defendants has indicated that he has no objection to entry of the enclosed Order.  Please let us know if anything else is needed to bring this matter to closure.

Respectfully submitted,

*/s/ Marcus E. Sernel*
Marcus E. Sernel

cc:   Frank Frisenda, Counsel for Defendants

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.