Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1114 | DATE | 6/10/2008 |
| CASE TITLE | IDEX vs. Dripping Wet Water | | |

**DOCKET ENTRY TEXT**

Enter Order. For the reasons stated in open court on June 3, 2008, this Court grants the declaratory judgment relief sought by Plaintiffs, finding that all of Defendants' asserted claims are barred by the principles of claim preclusion, and thus Defendants' counterclaims in this action are dismissed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

FILED-EDI
2008 JUN 10 PM 3:10
U.S. DISTRICT COURT
CLERK